

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00316-CR

Shawn Pierre **LEE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR6846
Honorable George H. Godwin, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 30, 2014.

_____
Patricia O. Alvarez, Justice